IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| vs. | ) | CASE NO. DNCW 3:08CV81 |
| | ) | (Financial Litigation Unit) |
| RANDALL BLACK, | ) | |
|     Defendant. | ) | |
| and | ) | |
| | ) | |
| LITTLE HARDWARE CO., | ) | |
|     Garnishee. | ) | |

**DISMISSAL OF ORDER OF CONTINUING GARNISHMENT**

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Consent Order of Continuing Garnishment filed in this case against Defendant Randall Black is DISMISSED.

Signed: November 23, 2011

_____
David C. Keesler
United States Magistrate Judge